IN IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: FT DO IT ENTERPRISES, LLC | § | CASE NO. 24-35201-H5-11 |
| DEBTOR | § | |

**RESPONSE TO ORDER TO SHOW CAUSE**

**TO HONORABLE UNITED STATES BANKRUPTCY JUDGE JEFFREY P. NORMAN:**

The Debtor files this response and would like to show the court the following:

1. The undersigned counsel mistakenly calendared the status conference on January 17, 2025 at 11:00a.m.

2. The Debtor and its counsel's failure to attend the status conference due to unintentional mistake.

3. The Debtor has attended U.S. Trustee's initial conference as well as Creditors' Meeting.

4. The Debtor is current on its monthly operating report filing.

5. The Debtor and its counsel are intended to attend the show cause hearing on January 21, 2025.

Date: January 7, 2025          */s/ Wai Ping Cheung*

Movant's counsel signature
Name: Wai Ping Cheung
State Bar No.: 24031942    S.D. Tex. Bar No.: 32084
Address: 5959 West Loop South, #242,
Bellaire, TX 77401
Telephone: 713-266-8856    Fax: 713-266-5001
E-mail: lawjustice@sbcglobal.net

**Certificate of Service and Certificate of Compliance with BLR 4001**

A copy of this motion was served on the persons shown on exhibit "1" at the addresses reflected on that exhibit on January 7, 2025 by prepaid United States first class mail.

*/s/ Wai Ping Cheung*
Wai Ping Cheung